ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA            :
                                        NOTICE OF INTENT TO
         -v.-                       :   FILE AN INFORMATION

YAVETTE ADAMS,                      :

         Defendant.                 :   08 CRIM 785
- - - - - - - - - - - - - - - - - -x

       PLEASE TAKE NOTICE that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         August 5, 2008

                                MICHAEL J. GARCIA
                                United States Attorney

                    By: _____
                        Daniel W. Levy
                        Assistant United States Attorney

AGREED AND CONSENTED TO:

_____
Lance Croffoot-Suede, Esq.
Linklaters LLP
Attorney for Defendant
Yavette Adams

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/5/08

8/5/08 WHEEL A