UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**08 CRIM 785**

- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA           :

        -v.-                       :     <u>WAIVER OF INDICTMENT</u>

YAVETTE ADAMS,                     :     08 Cr. _____ (JFK)

        Defendant.                 :

- - - - - - - - - - - - - - - - - -x

        The above-named defendant, who is accused of violating Title 18, United States Code, Sections 286, 371, 1708 and 2, and 1703 and 2, being advised of the nature of the charges and of her rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

Dated:    New York, New York
         August 20, 2008

                                        _____
                                      Yavette Adams
                                      Defendant

                                        _____
                                      Witness

                                        _____
                                      Lance Croffoot-Suede, Esq.
                                      Linklaters LLP
                                      Attorneys for Defendant
                                      Yavette Adams

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 20 2008